IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| JORGE LORENZO GONZALEZ (01)<br>BEATRIZ ANGELICA SANCHEZ (02) | 4-21CR-031-Y |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on a date unknown and continuing until on or about January 7, 2021, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants, **Jorge Lorenzo Gonzalez** and **Beatriz Angelica Sanchez,** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

Indictment – Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

A TRUE BILL.

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
LAURA G. MONTES
Assistant United States Attorney
Massachusetts State Bar No. 687739
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

JORGE LORENZO GONZALEZ (01)
BEATRIZ ANGELICA SANCHEZ (02)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

FORT WORTH                                          FOREPERSON

Filed in open court this 10th day of February, 2021.

**Defendants in Federal Custody since January 8, 2021.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Case Number: 4:21-MJ-011-BJ