Case: 21-10884    Document: 00516303915    Page: 1    Date Filed: 05/03/2022

Case 4:21-cr-00031-Y    Document 99    Filed 05/03/22    Page 1 of 2    PageID 567

FILED
May 3, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 11, 2022
Lyle W. Cayce
Clerk

No. 21-10884
Summary Calendar

United States of America,

*Plaintiff—Appellee,*

*versus*

Beatriz Angelica Sanchez,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-31-2-Y

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Beatriz Angelica Sanchez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez has not filed a response. We have reviewed counsel's

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-10884

brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.